VAN HOUTEN *v.* METROPOLITAN LIFE INSURANCE CO.

LIFE INSURANCE—FALSE REPRESENTATIONS OF APPLICANT—ES-
TOPPEL.
    Case ruled by *Van Houten* v. *Insurance Co.,* 110 Mich. 682.

Error to Kent; Grove, J.    Submitted October 21, 1896.
Decided December 9, 1896.

*Assumpsit* by Anna Van Houten, administratrix of
the estate of Adrian Van Houten, deceased, against the
Metropolitan Life Insurance Company, upon a policy of
insurance.    From a judgment for plaintiff, defendant
brings error.    Affirmed.

*Fletcher & Wanty,* for appellant.

*G. H. Albers* ( *C. O. Smedley,* of counsel ), for appel-
lee.

PER CURIAM.    This case is ruled by *Van Houten* v.
*Insurance Co.,* 110 Mich. 682, in which an opinion was
filed November 17, 1896.
    The judgment is affirmed.